# THE MARKS LAW FIRM, P.C.

January 9, 2020

**Via: ECF**
Honorable John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl Street, Courtroom 12B
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: __1-10-2020__

     **RE:**    **Himelda Mendez v. G.O.L.A. Inc**
              Docket: 1:19-cv-09442-JGK

Dear Judge Koeltl,

    The Parties jointly and respectfully request an adjournment of the initial conference currently scheduled for January 14, 2020. The Parties are currently engaged in good faith settlement discussions and believe they may come to a resolution. Therefore, the Parties request thirty (30) days to attempt to resolve the matter prior to an initial conference in order to preserve judicial resources and reduce attorney fees and costs. This is the first request of its kind.

    We thank you and the Court for its time and consideration on this matter.

*[Handwritten note:]* ADJOURNED TO TUESDAY, FEBRUARY 25, 2020, AT 4:30PM.

SO ORDERED.

*[Signature]*
/s/ J
1/9/20

Respectfully Submitted,

The Marks Law Firm, P.C.

By: _____
       Bradly G. Marks

---

175 Varick Street, 3rd FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com